

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

May 12, 1976

The Honorable E. L. Short
Chairman
Committee on Intergovernmental
    Affairs
House Office Building
P. O. Box 2910
Austin, Texas 78767

Opinion No. H-821

Re: Location of offices
of justices of the peace.

Dear Representative Short:

At the direction of the House Intergovernmental Affairs
Committee you ask:

> If a justice precinct has a population
> of more than 75,000, is the commissioners
> court prohibited by [article 2379, V.T.C.S.]
> from transferring the justice court from
> the county courthouse to another building,
> such as the county jail or a separate
> county office building?

Article 2379, V.T.C.S., provides:

> When the justice precinct where the
> courthouse of any county is located
> contains more than seventy-five
> thousand inhabitants, the commis-
> sioners court of said county shall
> provide and furnish a suitable place
> in such courthouse for such justice to
> hold court.

The statute provides that the county "shall" provide
and furnish qualifying justices of the peace with a place
to hold court in the courthouse. The word "shall" ordinarily
implies a mandatory requirement. Attorney General Opinion
H-326 (1974). The term "courthouse" has been defined as
follows:

The courthouse means the building at the county seat in which the courts are held, the records kept, and the officers of the county maintain their offices and perform their functions. Harris v. Elder, 49 S.W.2d 973 (Tex. Civ. App. -- El Paso 1932, writ dism'd).

Accordingly, pursuant to the clear terms of article 2379, when a justice precinct in which the county courthouse is located contains more than 75,000 inhabitants, the county is required to provide and furnish a suitable place in the courthouse for the justice of the peace to hold court.

Whether a particular place is suitable for the holding of court and whether a particular building or group of buildings is the courthouse involve questions of fact which cannot be resolved in the opinion process. Attorney General Opinions H-56 (1973), M-307 (1968), M-195 (1968), M-187 (1968), C-697 (1966), WW-277 (1957) and O-2911 (1940).

## S U M M A R Y

When a justice precinct in which the county courthouse is located contains more than 75,000 inhabitants, the commissioners court is required to provide the justice of the peace with a suitable place to hold court in the courthouse.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb